**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 22 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONNA LYNN CATTANACH, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT, (MCCCD); DERIC HALL, named as Dr. Deric Hall, Director EEO; MELINDA CARABALLO, Acting Director EEO; SAMANTHA CRANDALL, PhD, Manager, Phoenix College Learning Commons, <br><br> Defendants - Appellees. | No. 24-72 <br><br> D.C. No. 4:22-cv-00572-RCC <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted December 17, 2025[**]

Before:     PAEZ, CHRISTEN, and KOH, Circuit Judges.

Donna Lynn Cattanach appeals pro se from the district court's order

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissing her action alleging violations of the Age Discrimination in Employment Act and other federal claims. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

We do not consider the merits of the district court's dismissal because Cattanach did not challenge the grounds for the dismissal in her opening brief. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief.").

Contrary to Cattanach's contentions, the district court did not violate Cattanach's due process rights, or any right to a jury trial, by dismissing her action after providing her notice and an opportunity to respond. *See Franklin v. Oregon*, 662 F.2d 1337, 1340–41 (9th Cir. 1981) (explaining that parties are entitled to notice and an opportunity to respond when courts contemplate dismissing for failure to state a claim); *cf. Etalook v. Exxon Pipeline Co.*, 831 F.2d 1440, 1447 (9th Cir. 1987) (holding that there is no right to a jury trial where there is no genuine dispute of material fact for a jury to resolve).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Defendants' motion to strike Cattanach's second reply brief (Docket Entry No. 38) is granted. The clerk will strike the reply brief filed at Docket Entry No.

37.

All other pending motions are denied.

**AFFIRMED.**